253 P.2d 483]

[Civ. No. 19142.   Second Dist., Div. Two.   Feb. 19, 1953.]

LOUIS B. GOLDMAN, Appellant, v. DOROTHY
GOLDMAN, Respondent.

Leader & Leader and Robert P. Dockeray for Appellant.

Harold Shire and Sam Bubrick for Respondent.

MOORE, P. J.—This action was consolidated with cause
No. 19141, *ante,* p. 227 [253 P.2d 474], for trial.   The
entire record has been reviewed and consideration has been
given to the arguments in both cases.   For the reasons set
forth in the opinion in Civ. No. 19141 filed this day, *supra,*
the judgment herein is reversed.

McComb, J., and Fox, J., concurred.